UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
Lyonel Green, *pro se*,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　　　　　:　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　-against-　　　　　　　　　　　:　　　　　07-CV-3939 (DLI) (LB)
　　　　　　　　　　　　　　　　　　　　　　　:
John Doe (Police Officer) S.W.A.T. Team;　　　:
John Doe (E.M.S. Paramedic); and　　　　　　　:
John Doe (Police Officer) 114th Precinct,　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　　　　:
-------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

　　　　It appearing that no objections have been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J., dated April 15, 2008; and

　　　　Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

　　　　ORDERED that this action is dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure.


DATED:　　　Brooklyn, New York
　　　　　　　May 1, 2008

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　DORA L. IRIZARRY
　　　　　　　　　　　　　　　　　　　United States District Court Judge